CHARLES SIMMONS, PETITIONER-PETITIONER, v. HY-GRADE FOOD PRODUCTS CORP., RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Margolis & Margolis* and *Mr. Frank Fink* for the petitioner.

*Mr. Elias G. Willman* and *Mr. Isidor Kalisch* for the respondent.

December 5, 1955. Denied.

CITY OF BAYONNE, PLAINTIFF-RESPONDENT, v. STEPHEN M. FERENCZI, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Stephen M. Ferenczi, in propria persona.*

*Mr. William Rubin* for the respondent.

December 5, 1955. Denied.